**No. 10-9438. Rafael Antonio Figueroa-Perez, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2123, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2897.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 899.

**No. 10-9440. Damiene Miles, aka Damiane Miles, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2123, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2893.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 952.

**No. 10-9441. Jose Luis Murillo-Perez, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2123, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2836.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 175.

**No. 10-9442. Erick Ortiz-Maldonado, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2863.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 944.

**No. 10-9444. Craig Alan Pfeiferling, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2974,

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 399 Fed. Appx. 126.

**No. 10-9446. Juan Manuel Lopez-Cruz, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2911.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 898.

**No. 10-9449. Jacinto Hernandez, Petitioner v. United States.**

563 U.S. 949, 131 S. Ct. 2124, 179 L. Ed. 2d 915, 2011 U.S. LEXIS 2939.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 627 F.3d 1331.